**CANAVERAL INTERNATIONAL COR-
PORATION and Bimini Run, Ltd.,
Appellant,
v.
TALCO CAPITAL CORPORATION,
Appellee.
No. 21582.**

United States Court of Appeals
Fifth Circuit.

May 10, 1965.

Robert H. Givens, Jr., Dubbin, Schiff, Berkman & Dubbin, Miami, Fla., for appellants.

Richard P. Kenney, Williams, Salomon & Kenney, Miami, Fla., for appellee.

Before TUTTLE, Chief Judge, BELL, Circuit Judge, and DYER, District Judge.

PER CURIAM:

The opinion of the District Court in 225 F.Supp. 1007 is correct and the judgment is

Affirmed.

■

**Noel CLEGG, Petitioner-Appellant,
v.
DISTRICT DIRECTOR OF IMMIGRA-
TION AND NATURALIZATION
SERVICE, Respondent-Appellee.
No. 15269.**

United States Court of Appeals
Third Circuit.

Argued March 16, 1965.

Decided March 24, 1965.

Joseph B. Gordon, Baker, Garber & Chazen, Hoboken, N. J., for appellant.

Vincent J. Commisa, Asst. U. S. Atty., Newark, N. J., for appellee.

Before McLAUGHLIN, HASTIE and SMITH, Circuit Judges.

PER CURIAM.

This appeal, while zealously argued on behalf of appellant, is completely devoid of merit.

The judgment of the district court will be affirmed.

■

**William J. LOTT, Jr., Appellant,
v.
PARMELEE MOTOR FUEL COMPANY,
a Pennsylvania Corporation.
No. 15151.**

United States Court of Appeals
Third Circuit.

Argued May 7, 1965.

Decided May 17, 1965.

Donald E. Rohall, Pittsburgh, Pa., for appellant.

Herman C. Kimpel, Dickie, McCamey, Chilcote & Robinson, Pittsburgh, Pa., for appellee.

Before KALODNER, HASTIE and FREEDMAN, Circuit Judges.

PER CURIAM.

On review of the record we find no error.

The May 14, 1964 Order of the District Court will be affirmed.